# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**MIGUEL ANGEL MERCADO,** *et al.*

Plaintiffs,

v.

**CARMEL PARTNERS CONSTRUCTION LLC,** *et al.*

Defendants.

Civil Action No. 22-cv-3083

## OPINION AND ORDER

Plaintiffs move for judgment of condemnation against Garnishee PNC Bank for $1,556.89. Pls.' Mot. for J. of Condemnation Against Garnishee at 1–3, ECF No. 61-1. For the reasons below, the court will GRANT Plaintiffs' Motion.

A money judgment may be enforced by writ of execution in accordance "with the procedure of the state where the court is located." Fed. R. Civ. P. 69(a)(1). In the District of Columbia, a plaintiff may seek a writ of attachment against a defendant by a third-party garnishee. D.C. Code §§ 16-544, 16-546. A court may issue a writ of attachment either before, at the same time, or after a writ of execution. *Id.* § 16-542. The writ of attachment may be served on the garnishee with interrogatories, asking the garnishee "about any property of the defendant in his possession or charge, or indebtedness of his to the defendant." *Id.* § 16-552(a). "Service of the writ on the garnishee creates a valid lien in favor of the judgment creditor on the debtor's property held by the garnishee." *Consumers United Ins. Co. v. Smith*, 644 A.2d 1328, 1352 (D.C. 1994). The garnishee must file its answers to the interrogatories within ten days of being served. D.C. Code § 16-552(a).

A plaintiff has four weeks from the date of the answer to move for the entry of judgment against the garnishee. D.C. Super. Ct. R. Civ. P. 69-I(e)(2); *United States v. All Assets Held at Bank Julius Baer & Co.*, 772 F. Supp. 2d 191, 203 (D.D.C. 2011) (stating that a lien is not final until the plaintiff, "after serving the writ of attachment, move[s] for the entry of judgment against the garnishee"). If the garnishee admits to possessing credits of the defendant in its answer to the interrogatories, judgment must be entered against the garnishee "for the amount of credits admitted or found, not exceeding the amount of the plaintiff's judgment, and costs, and execution shall be had thereon not to exceed the credits in his hands." D.C. Code § 16-556(a).

Plaintiffs complied with this procedure and timely moved for execution. On September 20, 2024, this court entered judgment jointly and severally against Defendants J&D Plumbing of DC LLC and Jonathan M. Rivadeneira Chavez for $50,036.24. *See* Mem. Op. at 9, 15, ECF No. 34; Order, ECF No. 35. On April 30, 2025, the court granted Plaintiffs' prior Motion for Judgment of Condemnation, ECF No. 49-1, ordering Garnishee Bank of America to pay $21,240.24 in partial satisfaction of that amount. *See* Order at 2–3, ECF No. 50. As a result, $28,796 of the judgment remains unpaid and uncollected.

In July 2025, Plaintiffs sought writs of attachment other than wages, salary, and commissions from Garnishee PNC Bank—one for each Defendant. *See* D.C. Code § 16-544; D.C. Super. Ct. R. Civ. P. 69-I(e)(2); ECF Nos. 52, 53. The writs were issued by the Clerk of Court on August 12, 2025, ECF No. 55, and were served on the Garnishee on August 25, 2025, along with interrogatories, ECF No. 56. On September 15, 2025, Garnishee filed its Answer to the Writ of Garnishment for the Chavez Writ, ECF No. 60, and its Answer to the Writ of Garnishment for J&D Plumbing, ECF No. 58. In response to the Chavez Writ, Garnishee admitted that it is holding $1,556.89 in assets belonging to Defendant Chavez. *See* ECF No. 60 at 1. In response to the J&D

Plumbing Writ, Garnishee indicated "No Funds Available."  ECF No. 58 at 1.  Plaintiff moved for condemnation on October 1, 2025, ECF No. 61-1, which was within D.C.'s four-week statutory window, *see* D.C. Super. Ct. R. Civ. P. 69-I(e)(2).

In light of Plaintiffs' compliance with the above procedures, Plaintiffs' Motion for Judgment of Condemnation Against PNC Bank is **GRANTED** for $1,556.89, ECF No 61-1.  It is **FURTHER ORDERED** that Garnishee PNC Bank must make $1,556.89 payable to the "O'Donoghue & O'Donoghue LLP IOLTA Account" on behalf of the Plaintiffs/Judgment Creditors and mail it to Plaintiffs' attorney, O'Donoghue & O'Donoghue LLP, c/o Jacqueline Canzoneri, 5301 Wisconsin Ave., NW, Suite 800, Washington, D.C. 20015.

**SO ORDERED.**

Date: July 29, 2026

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge